IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JESSE L. DURAND,<br><br>    Defendant. | 8:25CR214<br><br>ORDER |

**WEBEX CASE CONFERENCE INSTRUCTIONS**

  **IT IS ORDERED:**

1. The telephone conference with counsel regarding the Motion to Dismiss Count(s) I and II and Request for Hearing, (Filing No. 28), will be held on **December 9, 2025, at 10:30 a.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

  Dial 1-855-244-8681

  Enter the access code **2314 000 8045**, then hit the # key.

Dated this 3rd day of December, 2025.

                   BY THE COURT:

                   s/ Michael D. Nelson
                   United States Magistrate Judge