IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE L. DURAND,<br><br>Defendant. | **8:25CR214**<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 102). The Court has carefully reviewed the record in this case and finds as follows:

1. On August 18, 2026, the Court held a bench trial whereby the Court found defendant Jesse L. Durand ("Durand") guilty as to Count I of the Superseding Indictment (Filing No. 34), and the Court ordered that the firearm identified in the Forfeiture Allegation of the Superseding Indictment be forfeited (Filing No. 101). Count I of the Superseding Indictment charged Durand with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

2. The Forfeiture Allegation sought forfeiture, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1), of "any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)" including a Hy Hunter Inc., model: Frontier Six-Shooter, caliber: 22 S.L.LR. revolver, with serial number 11076, recovered on or about September 13, 2025, from inside a 1997 Honda Accord bearing Nebraska license plate AEZ309.

3. Based on the verdict of guilty, Durand forfeits his interest in the Hy Hunter Inc., model: Frontier Six-Shooter, caliber: 22 S.L.LR. revolver, with serial number 11076, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d)(1).

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture is granted. (Filing No. 102).

2. Based upon the Forfeiture Allegation of the Indictment and the guilty verdict, the government is hereby authorized to seize the Hy Hunter Inc., model: Frontier Six-Shooter, caliber: 22 S.L.LR. revolver, with serial number 11076.

3. Durand's interest in the Hy Hunter Inc., model: Frontier Six-Shooter, caliber: 22 S.L.LR. revolver, with serial number 11076, is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The Hy Hunter Inc., model: Frontier Six-Shooter, caliber: 22 S.L.LR. revolver, with serial number 11076, is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Durand, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 27th day of August 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge